3 So.2d 925

**Fred Edward, alias Shine, PITTS v. STATE.**

8 Div. 93.

Court of Appeals of Alabama.
June 10, 1941.

F. E. Throckmorton, of Tuscumbia, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 48

**Fred Edward (alias Shine) PITTS v. STATE.**

8 Div. 94.

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

8 So.2d 226

**Grady PITTS v. STATE.**

8 Div. 261.

Court of Appeals of Alabama.
March 24, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

8 So.2d 905

**Willie D. PIPPENS v. STATE.**

6 Div. 862.

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 926

**H. D. POLLARD, as Receiver Central of Georgia R. Co. v. Louis W. LAWRENCE.**

6 Div. 717.

Court of Appeals of Alabama.
May 13, 1941.

Sadler & Sadler, of Birmingham, for appellant.

W. D. Denson, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Reversed and remanded by agreement.

6 So.2d 907

**Elbert C. POUNDERS v. STATE.**

8 Div. 212.

Court of Appeals of Alabama.
Feb. 3, 1942.

F. E. Throckmorton, of Tuscumbia, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.